IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| PATRICK NEAL KOONTZ, | Case No. 3:10-cv-6227-HU |
| Plaintiff, | FINDINGS AND RECOMMENDATION |
| v. | |
| MAX WILLIAMS, et al., | |
| Defendants. | |

HUBEL, Magistrate Judge

    Plaintiff, an inmate at the Oregon State Correctional Institution, brings this civil rights action *pro se*. For the reasons set forth below, this action should be dismissed for failure to comply with a court order and lack of prosecution.

## BACKGROUND

    On or about July 27, 2010, plaintiff filed a 98-page complaint challenging the conditions of his confinement. On September 21, 2010, I issued an order requiring plaintiff to file an amended complaint, using the form complaint supplied by the court, which complies with Fed. R. Civ. P. 8(a). Plaintiff was advised to set