IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PATRICK NEAL KOONTZ,**                           3:10-cv-6227-HU

      **Plaintiff,**                              ORDER

v.

**MAX WILLIAMS, et al.,**

      **Defendants.**

**BROWN, Judge.**

    Magistrate Judge Dennis J. Hubel issued a Findings and Recommendation (#34) on November 11, 2011, in which he recommends this Court deny Defendants' Motion (#30) for Extension of Time and to dismiss this proceeding for failure to comply with a court order and for lack of prosecution.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of

1 - ORDER

Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). *See also* United *States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

    The Court **ADOPTS** Magistrate Judge Hubel's Findings and Recommendation (#34). Accordingly, the Court **DENIES** Defendants' Motion (#30) for Extension of Time and **DISMISSES** this matter.

    IT IS SO ORDERED.

    DATED this 23rd day of November, 2011.

                      /s/ Anna J. Brown

                       ANNA J. BROWN
                       United States District Judge