IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PATRICK NEAL KOONTZ,** | 3:10-cv-6227-HU |
| Plaintiff, | ORDER |
| v. | |
| **MAX WILLIAMS, et al.,** | |
| Defendants. | |

Based on the Court's Order (#36) issued November 23, 2011, the Court **DISMISSES** this matter.

IT IS SO ORDERED.

DATED this 23rd day of November, 2011.

/s/ Anna J. Brown

ANNA J. BROWN
United States District Judge

1 - JUDGMENT