IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**PATRICK NEAL KOONTZ,**                                3:10-CV-06227-HU

        **Plaintiff,**                                JUDGMENT

**v.**

**MAX WILLIAMS,** *et al.***,**

        **Defendants.**

Based on the Court's Order (#47) issued March 1, 2012, the Court **DISMISSES** this matter **with prejudice**.

IT IS SO ORDERED.

DATED this 1st day of March, 2012.

                                              /s/ Anna J. Brown
                                            _____
                                            ANNA J. BROWN
                                            United States District Judge

1 - JUDGMENT